VILLAGE OF LINDEN, Appellant, vs. INDUSTRIAL COMMISSION OF WISCONSIN and another, Respondents.

*March 13—April 6, 1926.*

*Appeal: Affirmance without opinion.*

A majority of this court agreeing upon affirmance but not upon the grounds thereof, the judgment is affirmed without opinion.

APPEAL from a judgment of the circuit court for Dane county: AUGUST C. HOPPMANN, Circuit Judge. *Affirmed.*

An award was made by the *Industrial Commission* against the plaintiff in favor of the respondent *Mrs. Fannie Kramer* on account of the death of her husband, William Kramer. This action was brought to review said award, and from the judgment confirming it this appeal is taken.

For the appellant there was a brief by *Kopp & Brunck-horst* of Platteville, and oral argument by *A. W. Kopp.*

For the respondent *Industrial Commission* there was a brief by the *Attorney General* and *Mortimer Levitan,.* assistant attorney general, and oral argument by *Mr. Levitan.*

PER CURIAM.    The majority of the court are of the opinion that the judgment below should be affirmed but are not agreed upon the grounds for such affirmance.

In view of such situation no recital of facts or discussion is necessary.

Judgment affirmed.